# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:05-CR-20057(01)** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KEVIN L. COOLEY** | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM ORDER

Before the court is a Motion Requesting No Public Access to Court Record, filed by defendant Kevin L. Cooley. Doc. 33. Cooley complains that his "case was non-publish" but is somehow showing up on the law library computer at the prison where he is incarcerated.

To the extent Cooley is referring to the "not for publication" status on any Fifth Circuit opinion pertaining to his case, the court notes that this designation refers to whether the decision will be printed in a federal reporter and only affects the case's precedential weight – not whether it may be published on databases or cited in other materials.

To the extent Cooley believes that some order was given to place his case under seal, the undersigned can locate no such directive. In determining whether to seal a judicial record, the court must balance the public's common law right of access against the moving party's interest in non-disclosure. *See S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 849 (5th Cir. 1993). Public access serves important interests such as promoting trustworthiness of the judicial system, providing the public with a more complete understanding of the system,

and curbing judicial abuses. *Id.* The presumption weighs in favor of access and the moving party must show that an interest in secrecy outweighs that presumption. *Leucadia, Inc. v. Applied Extrusion Technologies, Inc.*, 998 F.2d 157, 165 (3d Cir. 1993).

Cooley provides no basis for his interest in the secrecy of any document in this matter, much less the entire case. The court cannot determine whether his interests outweigh the public's right of access. The motion is therefore **DENIED**, without prejudice to Cooley's right to reassert it if he can show a particular interest in non-disclosure.

**THUS DONE** in Chambers on this 2nd day of December, 2019.

					_____
					**JAMES D. CAIN, JR.
					UNITED STATES DISTRICT JUDGE**